UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI THI VU,<br><br>        Petitioner,<br><br>   v.<br><br>RON RACKLEY,<br><br>        Respondent. | No. 2:16-cv-217 TLN GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order of February 22, 2016, petitioner was directed to either submit an affidavit in support of her request to proceed in forma pauperis, or pay the filing fee. Petitioner has submitted the affidavit *and* paid the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that: petitioner's motion to proceed in forma pauperis, filed March 4, 2016 (ECF No. 24), is denied as moot.

Dated: March 9, 2016

                                            /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

GGH:076:md; vu0217.100fee