UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI THI VU, | No. 2:16-cv-0217 TLN GGH P |
| Petitioner, | |
| v. | ORDER |
| RON RACKLEY, | |
| Respondent. | |

Petitioner has requested an extension of time to file a response to the April 5, 2016 motion to dismiss. Petitioner's request will be granted.

Petitioner has also filed a motion to proceed in forma pauperis. Since petitioner already paid the filing fee on March 7, 2016, her motion will be denied as moot.

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 28) is granted;

2. Petitioner shall file a response to respondent's motion to dismiss on or before June 16, 2016;

3. Petitioner's April 21, 2016 motion to proceed in in forma pauperis (ECF No. 30) is denied as moot; and

4. Petitioner's April 21, 2016 request for appointment of counsel (ECF No. 29) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: April 26, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/mp
vu0217.111